# Court of Appeals, State of Michigan

## ORDER

Minnie Snell v Estate of James Gerald Snell

Docket No. 342673

LC No. 90-226959-DO

Jane E. Markey
Presiding Judge

Michael J. Kelly

Brock A. Swartzle
Judges

The Court orders that the January 17, 2019 opinion is hereby AMENDED to correct typographical errors. On pages 3 and 4 of the opinion, the word "latches" is corrected to read: "laches."

In all other respects, the opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JAN 2 2 2019

Date

Chief Clerk